IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT, STATE OF OKLAHOMA

(1)TIFFANY STALLINGS, Individually and )
as Natural Mother and Next Friend of )
the minor child, TS )
)
    Plaintiffs, )
)
v. ) Case No. CIV 18-00051-PRW
)
(1)PUTNAM CITY SCHOOL DISTRICT )
a/k/a) INDEPENDENT SCHOOL )
DISTRICT #1 OF OKLAHOMA )
COUNTY, STATE OF OKLAHOMA )
(2)ANGELA HABBEN, Individually, )
)
    Defendant, )

## PLAINTIFF'S LIST OF WITNESSES AND EXHIBITS

COME NOW the Plaintiffs and hereby submit their list of Witnesses and Exhibits as follows:

## WITNESSES

| NAME | PROPOSED TESTIMONY |
|---|---|
| Tiffany Stallings, Plaintiff<br>c/o Keller, Keller & Dalton<br>119 North Robinson, #825<br>Oklahoma City, OK 73102 | TO BE DEPOSED<br>Facts and circumstances<br>regarding the incident;<br>Minor child TS; damages,<br>Injuries and school events |
| TS, A Minor child, Plaintiff<br>119 North Robinson, #825<br>Oklahoma City, OK 73102 | TO BE DEPOSED<br>Incident; Damages;<br>Injuries, effects of the<br>incident; schooling |
| Angela Habben, Defendant<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300 | TO BE DEPOSED<br>Facts and circumstances<br>surrounding the incident; |

| | |
|---|---|
| Oklahoma City, OK  73102 | school policy & procedure Training;  school actions; School reporting;  IPE Aspects education; Disciplinary Actions taken By school;  Investigation into The incident. |
| Ralph Tennyson<br>c/o Keller, Keller & Dalton<br>119 North Robinson, #825<br>Oklahoma City, OK  73102 | Grandfather of TS;  Incident Damages and injuries to TS schooling and learning; |
| Ora Tennyson<br>c/o Keller, Keller & Dalton<br>119 North Robinson, #825<br>Oklahoma City, OK  73102 | Grandmother - TS;  Incident Damages and injuries to TS schooling and learning |
| Andrea Tennyson<br>c/o Keller, Keller & Dalton<br>119 North Robinson, #825<br>Oklahoma City, OK  73102 | Aunt of TS – Incident Damages and Injuries to TS schooling and learning |
| Dr. David Johnsen, PhD<br>2601 NW Expressway, Suite 410W<br>Oklahoma City, OK 73112 | Psychologist – Incident Damages and injuries to TS schooling and learning |
| Pam Holt<br>Licensed Clinical Social Worker<br>2601 NW Expressway, Suite 410W<br>Oklahoma City, OK 73112 | Social Worker – Incident Damages and injuries to TS schooling and learning |
| Representative of Putnam City Schools<br>c/o  The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK  73102 | Facts and circumstances surrounding the incident; school policy & procedure training;  school actions; School reporting;  IPE Aspects education; Disciplinary Actions taken By school;  Investigation into |

| | |
|---|---|
| | The incident. |
| LB, a Minor c/o Ron Beauschamp<br>Barbara Beauschamp<br>1512 Oak Lane<br>Oklahoma City, OK 73127 | Student/Classmate Incident; school, personnel, students reactions; Minor TS Special Education; |
| MG, a minor c/o Christopher Gibson<br>Barbara Gibson<br>2009 College Avenue<br>Bethany, OK 73008 | Student/Classmate, Incident; school, personnel, students reactions; Minor TS Special Education; |
| YAB, a minor c/o George Brown<br>5916 NW 10th Street #205A<br>Oklahoma City, OK 73127 | Student/Classmate incident; school, personnel students reactions; Minor TS Special Education; |
| KL, a minor c/o Adrian Losson<br>4602 Ace Drive<br>Oklahoma City, OK 73127 | Student/Classmate incident; school, personnel students reactions; Minor TS Special Education; |
| CJ, a minor c/o Aretha Johnson<br>6500 West Wilshire Blvd<br>Oklahoma City, OK 73132 | Student/Classmate incident; school, personnel students reactions; Minor TS Special Education; |
| Sandy LeMasters, Communications Director<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK 73102 | Preservation of video of school; Production, Recordings on date of incident |
| Courtney Strickland<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK 73102 | School Secretary<br>Facts and circumstances surrounding the incident; training; school actions; School reporting; IEP Aspects education; Disciplinary Actions taken |

| | |
|---|---|
| Claudia Reyes<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK 73102 | Facts and circumstances surrounding the incident; training; school actions; School reporting; IEP Aspects education; Disciplinary Actions taken |
| Sherry Sharum<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK 73102 | Teacher<br>Facts and circumstances surrounding the incident; school policy & procedure training; school actions; School reporting; IEP Aspects education; Disciplinary Actions taken |
| Kelly Moore<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK 73102 | Teacher<br>Facts and circumstances surrounding the incident school policy & procedure training; school actions; School reporting; IEP Aspects education; Disciplinary Actions taken |
| Mark Stout<br>c/o The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK 73102 | Chief of Police for Putnam City Schools<br>Facts and circumstances surrounding the incident; school policy & procedure training; school actions; School reporting; IEP Aspects education; Disciplinary Actions taken |
| Ray Kincaide<br>Double Eagle Claims Investigation | Investigation into incident, Facts and Circumstances regarding the incident, School policies and procedures |

| | |
|---|---|
| Richarde Hall<br>Alternative Service Concepts LLC | Investigation into incident Facts and Circumstances regarding the incident, School policies and procedures |
| School Nurse from Apollo Elementary<br>c/o  The Center for Education Law<br>900 North Broadway, Suite 300<br>Oklahoma City, OK  73102 | Facts and circumstances regarding the incident; investigation into incident; school policies and procedures |
| Any Medical Office attendees<br>At Apollo Elementary | Facts and circumstances regarding the incident; investigation into incident; school policies and procedures |
| Member of the State Education Dept.l | Facts and circumstances regarding the incident; investigation into incident; school policies and procedures |

Any Witness listed by Defendant not objected to by Plaintiffs

## **PLAINTIFF EXHIBITS**

1. CV of Dr. David Johnsen
2. Reports of Dr. David Johnsen
3. Medical Records from Dr. David Johnsen
4. Medical Bills of Dr. David Johnsen;
5. Medical Bill Summary
6. Video Surveillance
7. T.S. Student File;
8. T.S. IEP and Special Education Records
9. Policy and procedures Manual for Putnam City Schools
10. Insurance Agreement with OSIG
11. State Education Laws

12. Tort Claim
13. Oklahoma Statute 70 O.S. § 24-102
14. Depositions;
15. Testimony of Minor Child.T.S.
16. Clothing from the day of incident
17. Subject Wallet
18. Attendance Records;
19. Discipline records;
20. OSIG Claims Binder;
21. Special Ed Progress Reports;
22. Videos from School
23. Complaint Form filed with Putnam City School District;
24. Correspondence to Director of Communications
25. Public Request for Information Form dated 4/28/17
26. Defendants' Discovery Answers
27. Defendant's Responses to Requests for Admissions
28. Double Eagle Claims and Investigation File
29. Diagram of the School
30. State Agency Investigations of incident;
31. Any exhibit listed by Defendants not specifically objected to by Plaintiffs

Respectfully submitted,

/s/ E. W. KELLER
E W KELLER   OBA# 4918
HENRY DALTON OBA# 15749
KELLER, KELLER & DALTON
119 N. Robinson, Suite 825
Oklahoma City, OK   73102
(405) 235—6693
(405) 232—3301  Facsimile
E-mail:  kkd.law@coxinet.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2019. I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of

the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Laura Holmes     lholmes@cfel.com
Justin C. Cilburn   jcilburn@cfel.com

                                                        /s/   E. W. Keller