# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIFFANY STALLINGS, individually and as natural mother and next friend of the minor child, T.S.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PUTNAM CITY SCHOOL DISTRICT a/k/a INDEPENDENT SCHOOL DISTRICT #1 of OKLAHOMA COUNTY, STATE OF OKLAHOMA, and ANGELA HABBEN, individually,<br><br>　　　　Defendants. | Case No. CIV-18-51-PRW |

**ENTER ORDER:**

The settlement conference was held on December 10, 2019, before Magistrate Judge Suzanne Mitchell. E. W. Keller appeared as trial counsel for Plaintiff. Laura L. Holmes appeared as trial counsel for Defendants.

__X__    The case did settle.

By direction of Magistrate Judge Suzanne Mitchell, we have entered the above enter order.

　　　　　　　　　　　　　　　　　Carmelita R. Shinn, Clerk


　　　　　　　　　　　　　　　　By:　s/Lesa Boles
　　　　　　　　　　　　　　　　　　Deputy Clerk